# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Meyers, Edward H. | **2. Court or Organization**<br><br>U.S. Court of Federal Claims | **3. Date of Report**<br><br>05/14/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Howard T. Markey National Courts Building
717 Madison Pl., N.W., Suite 702
Washington, DC 20439

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner (to Oct. 15, 2020) | Stein Mitchell Beato & Missner LLP |
| 2.   Secretary (to July 2020) | Hampshire Greens Homeowners Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Stein Mitchell Beato & Missner LLP gross income | $155,084.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Meyers, Edward H.** | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin Interest | J |
| 2. | Citibank | Credit Card | K |
| 3. | Chase | Credit Card | J |
| 4. | Roundpoint | Mortgage on Rental Prop. #1, Silver Spring, MD (Part VII, line 1) | N |
| 5. | Wells Fargo | Mortgage on Rental Prop. #2, Silver Spring, MD (Part VII, line 2) | M |
| 6. | Ocwen | Mortgage on Rental Prop. #3, Germantown, MD (Part VII, line 3) | M |
| 7. | Smart Tuition | Tuition Agreement | J |
| 8. | PennFed | Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Silver Spring, MD | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Silver Spring, MD | E | Rent | M | W | | | | | |
| 3. Rental Property #3, Germantown, MD | E | Rent | M | W | | | | | |
| 4. Bank of America cash accounts | A | Interest | K | T | | | | | |
| 5. Retirement Account #1 (Merrill Lynch) (Rollover to IRA, Line 7) (H) | | | | | | | | | |
| 6. - BLF Fedfund Cash Reserve | A | Dividend | | | Redeemed | 11/16/20 | J | | |
| 7. IRA (Merrill Lynch) (H) | | | | | | | | | |
| 8. - Bank of America NA RASP | | None | J | T | | | | | |
| 9. - Comm Services Select Sector fund | A | Dividend | | | Buy (add'l) | 07/30/20 | J | | |
| 10. | | | | | Sold | 10/14/20 | K | | |
| 11. - Consumer Discretionary SPDR | A | Dividend | | | Sold (part) | 07/30/20 | J | | |
| 12. | | | | | Sold | 10/14/20 | K | | |
| 13. - First Trust Cloud Computing ETF | A | Dividend | | | Sold (part) | 07/30/20 | J | | |
| 14. | | | | | Sold | 10/14/20 | K | | |
| 15. - First Trust Dow Jones Internet Index Fund | | None | | | Sold (part) | 07/30/20 | J | | |
| 16. | | | | | Sold | 10/14/20 | K | | |
| 17. - Health Care Select SPDR | A | Dividend | | | Buy (add'l) | 07/30/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/14/20 | K | | |
| 19.   - IShares NASDAQ Biotech ETF | A | Dividend | | | Buy (add'l) | 07/30/20 | J | | |
| 20. | | | | | Sold | 10/14/20 | K | | |
| 21.   - Real Estate Select Sector SPDR FD SHS fund | A | Dividend | | | Sold (part) | 07/30/20 | J | | |
| 22. | | | | | Sold | 10/14/20 | J | | |
| 23.   - Sector SPDR Energy | A | Dividend | | | Sold | 07/30/20 | J | | |
| 24.   - SPDR US Financial Sector ETF | A | Dividend | | | Sold (part) | 07/30/20 | J | | |
| 25. | | | | | Sold (part) | 10/14/20 | J | | |
| 26.   - Vanguard Consumer Staples ETF | A | Dividend | | | Buy (add'l) | 07/30/20 | J | | |
| 27. | | | | | Sold | 10/14/20 | K | | |
| 28.   - Vanguard Industrial ETF | A | Dividend | | | Sold (part) | 07/30/20 | J | | |
| 29. | | | | | Sold | 10/14/20 | K | | |
| 30.   - Vanguard Information Tech ETF | A | Dividend | | | Buy (add'l) | 07/30/20 | J | | |
| 31. | | | | | Sold | 10/14/20 | L | | |
| 32.   - Vanguard Materials ETF | A | Dividend | | | Sold (part) | 07/30/20 | J | | |
| 33. | | | | | Sold | 10/14/20 | J | | |
| 34.   - IShares Inc Core MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 10/14/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 36.   - IShares TR Core MSCI EAF ETF | A | Dividend | M | T | Buy | 10/14/20 | L | | |
| 37. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 38.   - Vanguard Small Cap Value ETF | A | Dividend | K | T | Buy | 10/14/20 | J | | |
| 39. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 40.   - Vanguard Small Cap Growth ETF | A | Dividend | K | T | Buy | 10/14/20 | J | | |
| 41. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 42.   - Vanguard Value ETF | B | Dividend | M | T | Buy | 10/14/20 | M | | |
| 43. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 44.   - Vanguard Growth ETF | A | Dividend | M | T | Buy | 10/14/20 | M | | |
| 45. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 46.   Roth IRA (Merrill Lynch) (H) | | | | | | | | | |
| 47.   - AIG Focused Growth Fund CL A | | None | | | Sold | 10/14/20 | K | | |
| 48.   - Bank of America NA RASP | | None | J | T | | | | | |
| 49.   - Cisco Systems, Inc. common stock | A | Dividend | | | Sold | 10/16/20 | J | | |
| 50.   - Coca Cola common stock | A | Dividend | | | Sold | 10/16/20 | J | | |
| 51.   - Coca Cola European Partners PLC common stock | | None | | | Sold | 10/16/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Harley Davidson common stock | A | Dividend | | | Sold | 10/16/20 | J | | |
| 53. - Intel Corp. common stock | A | Dividend | | | Sold | 10/16/20 | J | | |
| 54. - KLA Corp. common stock | A | Dividend | | | Sold | 10/16/20 | K | | |
| 55. - Merck & Co. common stock | A | Dividend | | | Sold | 10/16/20 | J | | |
| 56. - IShares TR Core MSCI EAF ETF | A | Dividend | K | T | Buy | 10/16/20 | K | | |
| 57. - IShares Inc Core MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 58. - Vanguard Small Cap Value ETF | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 59. - Vanguard Small Cap Growth ETF | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 60. - Vanguard Value ETF | A | Dividend | K | T | Buy | 10/16/20 | K | | |
| 61. - Vanguard Growth ETF | A | Dividend | K | T | Buy | 10/16/20 | K | | |
| 62. Investment Account (Merrill Lynch) (H) | | | | | | | | | |
| 63. - Blackrock Health Sciences Opportunities Inst. fund | B | Distribution | | | Sold | 07/29/20 | K | D | |
| 64. - Blackrock Technology Opportunities Inst. fund | A | Distribution | J | T | | | | | |
| 65. - Bristol-Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 66. - Disney common stock | A | Dividend | K | T | | | | | |
| 67. - Microsoft common stock | A | Dividend | J | T | | | | | |
| 68. - Molson Coors Brewing common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Pfizer common stock | A | Dividend | J | T | | | | | |
| 70.  Retirement Account #2 (Rollover to IRA, Line 7) (H) | | | | | | | | | |
| 71.  - American Funds 2040 Target Date Fund R4 | | None | | | Distributed | 10/26/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyers, Edward H. | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward H. Meyers**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544